185 So.2d 219

**Anthony VOISIN et al.**

v.

**Whitney LUKE et al.**

No. 48131.

April 15, 1966.

In re: Whitney Luke et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne, 185 So.2d 57.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

185 So.2d 219

**STATE of Louisiana**

v.

**Frank C. WILLIAMS.**

No. 47737.

May 2, 1966.

In re: Jim Garrison, District Attorney, Parish of Orleans applying for writs of certiorari, prohibition and mandamus.

The application is denied. The showing made does not justify the exercise of our extraordinary powers.

McCALEB, J., thinks that writs should be granted.

HAWTHORNE, J., is of the opinion that the application should be granted.